IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JAMES WERON                                                                                    PETITIONER
Reg # 41051-074

v.                                        No. 2:12CV00063 KGB-JTK

T C OUTLAW, Warden, FCI – Forrest City                                    RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerome T. Kearney. There have been no objections. After careful consideration, and a *de novo* review of the record, the Court adopts the proposed findings and recommendations in their entirety as this Court's findings.

It is therefore ordered that petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is dismissed without prejudice (Dkt. No. 1).

DATED this 3rd day of April, 2013.

_____
Kristine G. Baker
United States District Judge