IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**JAMES WERON**                                                                                  **PETITIONER**
**Reg # 41051-074**

v.                          No. 2:12CV00063 KGB-JTK

**T C OUTLAW, Warden, FCI – Forrest City**                                   **RESPONDENT**

### JUDGMENT

In accordance with the Court's Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the petition for writ of habeas corpus is DISMISSED WITHOUT PREJUDICE (Dkt. No. 1).

DATED this 3rd day of April, 2013.

_____
Kristine G. Baker
United States District Judge